UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Juan Carlos De Leon                    Case No. 17-15633-LMI
                                                Chapter 13

_____Debtor_____/

## DEBTOR, JUAN CARLOS DE LEON'S MOTION FOR EXTENSION OF TIME

The Debtor, Juan Carlos De Leon, respectfully moves the Court for an extension of time to submit the outstanding documentation.

1. The Debtor filed a Chapter 13 Voluntary Petition on May 3, 2017.

2. The Chapter 13 Plan, Schedules A-J, Declaration Concerning Schedules, Statement of Financial Affairs, Statement of Current Monthly Income, Payment Advices and Summary of Assets & Liabilities are due today, May 17, 2017.

3. Undersigned counsel respectfully request a brief, 2-day extension up to an including May 19, 2017, to submit the outstanding documentation.

4. This motion is not brought for any improper purpose or delay.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
4343 W. Flagler St., Suite 100
Miami, Florida 33134
Telephone/Facsimile: (305) 438-2401

_____/s/_____
Jacqueline C. Ledón, Esq.
Florida Bar No.: 0022719