# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: De Leon, Juan Carlos  JOINT DEBTOR: _____  CASE NO.: 17-15633-LMI
Last Four Digits of SS# 9919     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 178.72  for months  1  to  60 ;
  B.  $_____ for months ____ to ____;
  C.  $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $ _____
           Balance Due   $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date  $_____
Address: _____  Arrears Payment  $_____/month (Months ____ to ____)
                     Regular Payment  $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Asset Management Acceptance Corp 2631 East Marina Drive Fort Lauderdale, FL 33312 | Mobile home located at 5612 NW 206 Terrace Lot 872, Opa Locka, FL 33055 | 3.5% | $161.47 | 1 To 60 | $9,688.20 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
            Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 1 /month (Months 1 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:


I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____                    _____
Debtor                                  Joint Debtor
Date:  5/19/2017                        Date: _____


LF-31 (rev. 01/08/10)