UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Juan Carlos De Leon                                     Case No: 17-15633-LMI
                                                                  Chapter 13

_____Debtor_____/

**NOTICE OF WITHDRAWING DOCUMENT**

The Debtor gives Notice of Withdrawing his Amended Motion to Value and Determine Secured Status of Lien on Personal Property which was filed on December 5, 2017 [D.E. 56] and Notice of Hearing on same [D.E. 57].

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

/s/
Jacqueline C. Ledón, Esq.
Florida Bar No. 0022719
Attorney for Debtor
4343 W. Flagler Street, Suite 100
Miami, Florida  33134
Telephone/Facsimile: (305) 438-2401
jledon@legalservicesmiami.org