IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

JUAN CARLOS DE LEON                              CASE NO. 17-15633-LMI
*AKA* JUAN CARLOS DE LEON DAVILA         CHAPTER 13

        Debtor.
_____/

## MOTION FOR RELIEF FROM THE CO-DEBTOR STAY

Capital One Auto Finance, a division of Capital One N.A. ("Movant"), moves the Court, pursuant 11 U.S.C. §1301, for relief from the co-debtor stay and states:

1. On October 15, 2016, Debtor, Juan Carlos De Leon and Co-Debtor, Patricia De Leon, executed a Retail Installment Sale Contract (the "Contract") for the purchase of the collateral described as follows: 2016 Toyota Corolla Sedan 4D L I4; VIN: 2T1BURHE3GC738425 ("Vehicle"). A true and correct copy of the Contract is attached hereto as Composite Exhibit "A."

2. Movant is the lienholder on the Title to the Vehicle. A true and correct copy of the Title is attached hereto as Composite Exhibit "A."

3. The Plan does not provide for treatment to Movant.

4. Therefore, Movant seeks relief from the co-debtor stay as to Patricia De Leon, pursuant to 11 U.S.C. §1301(c)(2), as the Plan does not provide for payments to Movant inside of the Plan.

**WHEREFORE**, Movant, respectfully requests the Court enter an order terminating the co-debtor stay as to Patricia De Leon and granting such other relief that the Court may deem just

and proper.

                                                        */s/Gavin N. Stewart*
                                                       Gavin N. Stewart, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail this 23rd day of December, 2017.

                                             /s/Gavin N. Stewart
                                             Gavin N. Stewart, Esquire
                                             Florida Bar Number 52899
                                             P.O. Box 5703
                                             Clearwater, FL 33765
                                             P: (727) 565-2653
                                             F: (727) 213-9022
                                             E: bk@stewartlegalgroup.com
                                             Counsel for Movant

**VIA REGULAR MAIL**
Juan Carlos De Leon
5612 NW 206 Terrace
Lot 872
Opa Locka, FL 33055

Patricia De Leon
5612 NW 206 Terrace
Lot 872
Opa Locka, FL 33055

**VIA CM/ECF NOTICE**
Jacqueline C. Ledon
4343 West Flagler Street, Suite 100
Miami, FL 33134

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130