

## ORDERED in the Southern District of Florida on January 25, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Juan Carlos De Leon                    Case No. 17-15633-LMI
                                              Chapter 13

_____Debtor_____/

## AGREED ORDER SUSTAINING DEBTOR's OBJECTION TO CLAIM

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] [DE #76], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim is sustained:

| Claim holder | Claim No. | Disposition |
| --- | --- | --- |
| Asset Management Acceptance Corp. d/b/a AMAC, LLC | 2-1 | Debtor's objection sustained. |

and the claim shall be classified as a <u>secured</u> claim in the amount of $ <u>8,876.72</u> at 6% in full satisfaction of the lien, provided the Debtor pays the claim in full and receives a discharge.

**###**

**Submitted by:**

Jacqueline C. Ledón, Esquire, Legal Services of Greater Miami, Inc., 4343 W. Flagler Street, Suite 100, Miami, FL 33134.

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).