UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 17-15633-BKC-LMI

IN RE:
JUAN CARLOS DE LEON,
             DEBTOR(S).
_____/

**TRUSTEE'S NOTICE OF NON-COMPLIANCE**

   Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

   1.   At the Confirmation Hearing held on April 10, 2018 the Debtor(s) agreed that the debtor(s) would become current with $652.85 by five o'clock in the afternoon.

   2.   As of April 19, 2018, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on January 18, 2018.

   3.   Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

   I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on April 19, 2018.

                                    /s_____
                                    NANCY K. NEIDICH, ESQUIRE
                                    STANDING CHAPTER 13 TRUSTEE
                                    P.O. BOX 279806
                                    MIRAMAR, FL 33027
                                    (954) 443-4402

COPIES FURNISHED TO:

Juan Carlos De Leon
5612 NW 206 Terrace
Lot 872
Opa Locka, FL 33055

Jacqueline C. Ledon, Esq (ECF)