UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number:  17-15633-LMI

JUAN CARLOS DeLEON
    Debtor
_____/

RESPONSE TO MOTION TO ALLOW LATE FILED CLAIM (#128)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Response to Motion to Allow Late Filed Claim (#128)  and states as follows:

1)  The plan does not provide for payments to Sun Homes/Sun Communities.

2)  The plan provides for payments to Miami Lakes Venture Associates

3)  The plan provides for payment of $34,628.19 to Miami Lakes Venture Associates.  An arrears payment of $77.27 and a regular payment of $659.50.

4)  Sun Homes is seeking the cure of an arrears of $5,302.44 and a regular payment of $664.96.

WHEREFORE, the Trustee objects to the late claim as it is not provided for in the plan unless the Debtor modifies the plan to provide for the payment of the claim.

                        RESPECTFULLY SUBMITTED:
                        NANCY K. NEIDICH, ESQUIRE
                        STANDING CHAPTER 13 TRUSTEE
                        P.O. BOX 279806
                        MIRAMAR, FL 33027-9806

                        By: /s/_____
                           Nancy K. Neidich, Esq.
                           Chapter 13 Trustee
                           Amy E. Carrington, Esq.
                           *Senior Staff Attorney*
                           FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Response to Motion to Allow Late Filed Claim (#128) was served through NEF on Seth Greenhill, Counsel for Sun Homes and Jacqueline Ledon, Esq on August 21, 2018

                                               /s/ _____
                                             Amy E Carrington, Esq