

## ORDERED in the Southern District of Florida on December 11, 2018.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                                                          Case No.: 17-15633-LMI

JUAN CARLOS DE LEON,                                          Chapter 13

AKA JUAN CARLOS DE LEON DAVILA

            Debtor.                                /


ORDER GRANTING AGREED MOTION TO ALLOW LATE FILED CLAIMS [D.E. 128]

This case came before the court on December 4, 2018 upon the Agreed Motion to Allow Late Filed Claims [D.E. 128].  It is ORDERED:

1. The Agreed Motion to Allow Late Filed Claim is GRANTED.

2. Proof of Claim 3-1 filed on August 13, 2018 and subsequently amended on December 4, 2018 is considered timely.

###

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

Order prepared by:
Seth J. Greenhill, Esq.
Padgett Law Group
SGreenhill@padgettlaw.net

Case 17-15633-LMI    Doc 136    Filed 12/12/18    Page 3 of 3