**UNITED STATES BANKRUPTCY COURT**
**MIAMI**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**

**CASE NO.: 17-15633-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

JUAN CARLOS DE LEON

DEBTOR_____/

**REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)**

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **February 11, 2019**. The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said Order.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 21st day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. Neidich*_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　　　　　　　　　　MIRAMAR, FL  33027-9806

CC:  JUAN CARLOS DE LEON
　　　　CAROLINA A. LOMBARDI, ESQUIRE