# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Juan Carlos de Leon                                  Case No:   17-15633 LMI
                                                              Chapter 13

_____Debtor_____/

## DEBTOR'S MOTION TO MODIFY PLAN

Pursuant to Local Rule 9013-1, debtor Juan Carlos de Leon moves the Court to modify his Chapter 13 Plan, and in support of the motion states;

1.   Debtor wants to modify his Plan to provide for lot rental increase and missed lot rental payments pursuant to a state court eviction Stipulation; this creditor, Miami Lakes Venture Associates f/n/a Sun Homes, is already being paid in the Plan.

Respectfully submitted,
LEGAL SERVICES OF GREATER
 MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 0241970
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2427
Primary Email: Clombardi@legalservicesmiami.org;
Alt. Email: Sfreire@legalservicesmiami.org