| Fill in this information to identify the case: |
|---|
| Debtor 1      Juan Carlos De Leon aka Juan Carlos De Leon Davila |
| Debtor 2 |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number :    17-15633-LMI |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Sun Homes/ Sun Communities | **Court claim no.** (if known): | 3 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 7255 | **Date of payment change:**<br>Must be at least 21 days after date of this notice | 01/01/2021 |
| | | **New total payment:**<br>Principal, interest, and escrow, if any | **$725.50** |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ X ] No

   [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:          New escrow payment:

### Part : 2 Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:          New interest rate:
   Current Principal and interest payment:          New principal and interest payment:

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [ ] No

   [ X ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change: 2021 site rent will increase to the prevailing market rate for your site type

   Current mortgage payment: $697.50          New mortgage payment: $725.50

| | | | |
|---|---|---|---|
| Debtor 1 | Juan Carlos De Leon | Case number (if known) | 17-15633-LMI |
| | First Name   Middle Name   Last Name | | |

### Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto     Date 09/30/2020
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __01st__ day of October, 2020.

/S/ Christopher Giacinto

_____

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 17-15633-LMI)

Debtor

Juan De Leon aka Juan Carlos De Leon Davila
5612 Northwest 206 Terrace Lot 872
Opa Locka, FL 33055


Trustee
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

US Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

**Royal Country**
5555 N.W. 202 Terrace
Miami, FL  33055
(305) 621-2270



September 24, 2020

Blanca De Leon
5612 N.w. 206 Terr.
Miami, FL 33055

Re: Notice of Lot Increase & Tax Notice Effective January 1, 2021 for Site № 872

Dear Blanca,

YOU ARE HEREBY NOTIFIED pursuant to Section 723.037 Florida Statutes, the rules of the Department of Business and Professional Regulation, and the prospectus for Royal Country, that the monthly lot rental amount for your manufactured home located at 5612 N.w. 206 Terr. will be increased as follows; effective **January 1, 2021:**

| Charge Description | Current Rent | Change | New Rent |
|---|---|---|---|
| Base Rent: | $697.50 | $28.00 | $725.50 |
| Monthly Total: | $697.50 | $28.00 | $725.50 |

Your site rent will increase to the prevailing market rate for your site type.

Per Section 723.031(5)(c) Florida Statutes, any increase in ad valorem taxes and utility charges can be passed on to the homeowners on a pro-rata basis if disclosed in your prospectus. Per your prospectus, "Governmental and Utility Charges," which includes non-ad valorem & ad valorem property taxes and utility charges, may be passed on, on a pro-rata basis.

If a negotiating committee is appointed to represent the affected homeowners, the committee and community management shall meet upon written request. The meeting shall occur at a mutually convenient time and place, no later than 60 days before the effective date change of January 1, 2021. To permit scheduling, any written request for a statutory meeting should be delivered to community management at least fifteen days prior to any proposed meeting date.

## Notice of Annual Tax

In addition to the above monthly charges, the annual tax of **$70.14** is due in full by January 1, 2021. Please note that if you are enrolled in the Automated Clearing House (ACH) program, the annual tax of **$70.14** will be automatically withdrawn from your account if payment is not received prior to the first of January.

If you have any questions regarding your rental account, please contact the community office at (305) 621-2270 during normal business hours. A list of the names and addresses of all affected homeowners is available at the community office upon request. This is the summary of material factors resulting in the increase in lot rental amount.

We thank you for your continued residency.

Sincerely,

**Brandon George**
Divisional Vice President

For Office Use Only
ROY № 872