**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Juan Carlos De Leon                         Case No. 17-15633-LMI
                                                    Chapter 13

          Debtor
_____ /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the Motion to Modify (ECF No. 207), Notice of Hearing on Motion to Modify (ECF No. 208), and Sixth Modified Plan (ECF No. 209) were served as follows:

*by CM/ECF on December 22, 2021:*

Julian Cotton on behalf of Creditor Sun Homes / Sun Communities
Julian.Cotton@Padgettlawgroup.com, bkecf@padgettlawgroup.com

Christopher Giacinto on behalf of Creditor Sun Homes / Sun Communities
cgiacinto@hotmail.com, bkecf@Padgettlawgroup.com

Seth J Greenhill on behalf of Creditor Asset Management Acceptance Corp DBA AMAC
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

Seth J Greenhill on behalf of Creditor Sun Homes / Sun Communities
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

*By First Class Mail on December 22, 2021 to:*

Miami Lakes Venture Associate, FL GP
d/b/a Royal Country Mobile Home Park

c/o John D. Voigt, Esquire
1177 SE Third Avenue
Ft. Lauderdale, Fl 33316

Capital One Auto Finance
P.O. Box 259407
Plano, TX 75025-9407

Capital One Auto Finance c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Asset Management Acceptance Corp
 DBA Asset Management Acceptance Corp.
3085 SE 95 Street
Ocala, FL 34480

Miami Lakes Venture Associates
c/o Miami Lakes Venture Associates, Inc.
27777 Franklin Road
Suite 200
Southfield, MI 48035


     I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                        Respectfully submitted,

                        Legal Services of Greater Miami, Inc.
                        Attorney for Debtor
                        Address: 4343 West Flagler Street, Suite 100
                        Telephone/Fax: (305) 438-2413
                        Email: mbayard@legalservicesmiami.org
                                /s/
                        Matt Bayard Esq.
                        Florida Bar No.: 0032209