# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                                Case No.:17-15633-LMI

JUAN CARLOS DE LEON                                    Chapter 13

*aka* Juan Carlos De Leon Davila

             Debtor(s).              /

## NOTICE OF FILING

Comes now Seth J. Greenhill, Esquire of the law firm of Padgett Law Group, on behalf of Sun Homes / Sun Communities, hereby files the attached Notice of Second Violation of Same Community Rules and Regulations/Notice of Termination of Tenancy.

Dated this 9th day of May 2022

/S/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 9th day of May 2022 a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Juan Carlos De Leon
5612 NW 206 Terrace
Lot 872
Opa Locka, FL 33055
aka Juan Carlos De Leon Davila

Attorney for Debtor
Matthew T Bayard
4343 W. Flagler St.
Ste. 100
Miami, FL 33134

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/S/ Seth J. Greenhill
_____
Seth J. Greenhill

**HINDEN, McLEAN & ARBEITER**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
4430 SOUTHWEST 64TH AVENUE
DAVIE, FLORIDA 33314

JON A. HINDEN
SUZANNE M. McLEAN
SHAWN D. ARBEITER

TELEPHONE (954) 587-3058
TELECOPIER (954) 587-1770

May 9, 2022

Juan Carlos DeLeon, Blanca P. DeLeon,
and all others in possession
5612 NW 206th Terrace, Lot 872
Royal Country Mobile Home Park
Miami, Florida 33055

**Via Posting and Certified Mail**
**Return Receipt Requested**
**No.** ▇▇▇▇▇▇▇▇▇▇

Re:   Second Notice of Violation of Same Community Rules and Regulations; Notice
      of Termination of Tenancy Pursuant to Section §723.061(1)(c)(2), Florida Statutes
      Our File No.: ▇▇▇▇

Dear Messrs. DeLeon & all others in possession:

As you are aware, our law firm represents the owners and management of Royal Country Mobile Home Park (hereinafter "Royal Country MHP"). On or about October 7, 2021, you were furnished with First Notice of Violation of Community Rules and Regulations informing you of the violations observed on or about the date set forth in the Notice. The Notice gave you an express period of time from the date of delivery of the Notice within which to correct the violations of the Community's Rules and Regulations that were described in the Notice. You have failed to take the necessary corrective action to bring yourself, your residents, your occupants, the mobile home and/or your lot in compliance with the Community's Rules and Regulations or you and/or your residents/guests have again violated the same rules and regulations within a twelve (12) month period, and thus, this Second Notice of Violation of the Same Community Rules and Regulations; Notice of **Termination** of Tenancy, is being delivered to you. You are again currently in violation of the following Community Rules and Regulations with regard to the following:

**SPECIFIC VIOLATIONS OBSERVED**:

On and before October 1, 2021, February 11, 2022, February 15, 2022, April 28, 2022, and continuing through the date of this notice, Community Management has determined that you have ongoing and continuous rule violations at your home/lot. Specifically:

1. You have failed to properly repair and/or replace the damaged siding around your entire your mobile home with a siding material that has first been pre-approved by Community Management.

2. You have failed to power wash the exterior of your mobile home, and also paint the exterior of your mobile home with a color that has first been pre-approved by Community Management.

3. You have failed to properly remove, store, and/or dispose of, at your own expense, the improperly stored items on your mobile home lot, including, but not

limited to, construction material, metal shutters, bicycles, a metal cabinet, a ladder (on top of the burgundy SUV), a large clock, wooden table(s), white plastic bench, step ladder, miscellaneous garbage/items/ junk/debris.

4. You have failed to trim all of the overgrown trees and palm trees on your mobile home lot, and maintain all trees and foliage at your mobile home lot in a neat, clean, and attractive manner.

5. You have failed to remove the blue tarp covering the inside of the window on your mobile home.

6. You have failed to repair/replace the vertical window coverings on the sliding glass door of your shed.

In addition to the above rule violations, which remain on your mobile home lot, and have not been corrected, Community Management has learned and/or observed that you added the following rule violations being committed on your lot, specifically:

1. You have an inoperable burgundy SUV [Tag No. ▉▉▉▉] parked at your lot with an expired license plate attached to it. You have failed to affix a valid current Registration Decal on your vehicle. All vehicles at your lot must have current license plates/decals affixed to them.

2. You have painted a large mural on your mobile home without approval from Community Management, which is not permitted. You have failed to paint your mobile home with a color that has first been pre-approved by Community Management.

3. Your roof is dirty and needs to be power washed and painted with a color that has first been pre-approved by Community Management.

4. Your driveway is dirty and needs to be power washed.

5. You have a broken window on the front of your mobile home that must be replaced.

6. You have a door at your mobile home that appears to be off its hinges, and now sits leaning up against your mobile home.

7. You have additional items improperly stored on your mobile home lot, including, but not limited to, white planter benches, brown oblong table, large vases and planters, and miscellaneous garbage/items/junk/debris.

8. You are parking vehicles on the grass, which is not permitted.

9. You have four (4) brown wicker loungers on your mobile home lot, two (2) of which are standing upright.

10. You have added patio tiles stepping stones/pavers at the rear of your home, on the grass, without first obtaining approval from Royal Country Community Management, and/or without pulling permits from Miami Dade County Regulatory and Economic Resources Department ("RER").

**\*\*[Color photos of the above referenced violations, taken by Management on February 15, 2022, and taken by management again on April 28, 2022, are attached hereto and incorporated herein as Composite Exhibit "A", numbered 1 - 9]**

**SPECIFIC RULES VIOLATED:**

The following specific Royal Country MHP Rules and Regulations have been referenced below and/or have been violated:

General provisions;
Acknowledgment of Community Rules and Regulations;
Enforcement of Rules and Regulations;
Notice of Rule Violation;
Improvements and Alterations [Sections A, C, D and/or F];
Home and Home Site Maintenance [Section A, B and/or C];
Tree Maintenance/Removal [Section B];
Patio/Lawn Furniture;
Trash Removal; and
Automobiles [Sections A and/or G].

The following Florida Statutes have been referenced below and/or have been violated:

Section 723.023, Florida Statutes: Mobile Home owner's general obligations. – A mobile home owner shall:

(1) At all times comply with all obligations imposed on mobile home owners by applicable provisions of building, housing, and health codes, including compliance with all building permits and construction requirements for construction on the mobile home and lot. The home owner is responsible for all fines imposed by the local government for noncompliance with any local codes.

(2) At all times keep the mobile home lot that he or she occupies clean, neat, and sanitary, and maintained in compliance with all local codes.

(3) At all times comply with properly promulgated park rules and regulations and require other persons on the premises with his or her consent to comply with such rules and to conduct themselves, and other persons on the premises with his or her consent, in a manner that does not unreasonably disturb other residents of the park or constitute a breach of the peace.

(4) Receive written approval from the mobile home park owner before making any exterior modification or addition to the home.

(5) When vacating the premises, remove any debris and other property of any kind which is left on the mobile home lot.

Due to your continued violations of the aforelisted Community prospectus, rules and/or lease agreement provisions, this letter will act as notice to you of the **termination** of your tenancy effective thirty (30) days from the date of delivery of this Notice. Therefore, in accordance with Section 723.061(1)(c)(2), Florida Statutes, you are required to make arrangements to vacate Royal Country MHP and to remove yourselves, your mobile home, and all occupants from the Community within thirty (30) days from the delivery of this Notice, or on or before Tuesday, June 21, 2022. If you fail to remove yourselves, all occupants and your mobile home from Royal Country MHP within thirty (30) days of delivery of this Notice, Community Management will have no alternative except to exercise its legal remedies and seek to have you, all occupants, and your mobile home evicted in order to regain possession of the mobile home lot.

Please be advised that pursuant to Section 723.061(1)(c)(2), Florida Statutes, a second violation of the same Community Rules and Regulations within twelve (12) calendar months is <u>unequivocal</u> grounds for eviction. It is not a defense to any eviction proceedings if the violations have been cured after the second violation has occurred. Therefore, as aforementioned, it is expected that you will make immediate arrangements to remove yourselves, all occupants, and your mobile home from Royal Country MHP so that it will not be necessary for Community Management to institute legal proceedings for eviction, including but not limited to Community Management seeking to recover its court costs and attorney's fees in said legal proceedings.

**PLEASE GOVERN YOUR ACTIONS ACCORDINGLY.**

Very truly yours,

Shawn D. Arbeiter, as attorney
for Royal Country MHP

SDA/lp

cc:   Client [Via Email Only]

   Matt Bayard, Esquire, Counsel for Debtors
   Legal Services of Greater Miami
   4343 W. Flagler Street, Ste. 100
   Miami, FL 33134
   **Via Email: mbayard@legalservicesmiami.com**
   **& Via Certified Mail, RRR**
   **#** ███████████████








Composite EXHIBIT "A"

①















③




④























 

9

## CONSUMER FINANCIAL PROTECTION BUREAU
## COVID-19 TENANT EVICTION PROTECTION DISCLOSURES

**Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under Federal law.**

Learn the steps you should take now:

- Visit **www.cfpb.gov/eviction**
- Or call a housing counselor at 800-569-4287

---

## OFICINA DE PROTECCIÓN FINANCIERA DEL CONSUMIDOR
## DIVULGACIONES DE PROTECCIÓN DE DESALOJO
## DE INQUILINOS COVID-19

**Debido a la pandemia mundial de COVID-19, bajo la ley federal, usted puede ser elegible para protección temporal contra el desalojo bajo la ley federal.**

Sepa cuáles pasos debe tomar ahora:

- Visite **www.cfpb.gov/es/desalojo**
- O llame a un asesor de vivienda al 800-569-4287