# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:  
JUAN CARLOS DE LEON  
*aka* Juan Carlos De Leon Davila

Case No.: 17-15633-LMI  
Chapter 13  
Judge: Laurel M Isicoff

_____Debtor._____/

## MOTION TO ENFORCE ORDER
## GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY [D.E. 203]
(5612 Northwest 206 Terrace, Lot 872, Miami, Florida 33055)

COMES NOW, Sun Homes / Sun Communities ("Movant"), by and through its undersigned counsel, hereby moves to enforce the Order Granting In Part and Denying In Part Motion for Relief from Automatic Stay and Co-Debtor Stay [D.E.203] and as grounds states the following.

1. On October 1, 2021, this Court entered the Order Granting in Part and Denying in Part Motion for Relief from Automatic Stay and Co-Debtor Stay [D.E. 203] (the "Order")

2. The Order allowed Movant to send notices regarding the violation(s) in accordance with Chapter 723, Florida Statues but prohibited Movant from enforcing the violation(s), such as evicting the Debtor and Co-Debtor without further Order of this Court.

3. On October 8, 2021, Movant issued its First Violation Notice. This First Violation Notice was served on Debtor's counsel and filed on the docket [D.E. 205].

4. Debtor and non-filing Co-Debtor failed to comply with said First Violation Notice.

5. On May 9, 2022, Movant issued its Second Violation Notice. This Second Violation Notice was served on Debtor's counsel and filed on the docket [D.E. 213].

6. Pursuant to Section 723.06(1)(c)(2), Florida Statutes, a second violation of the same community rules and regulations within twelve (12) calendar months is unequivocal grounds for eviction.

7. Movant requests this Court lift the automatic stay and co-debtor stay in order to allow Movant to proceed with its lawful state court remedies, including eviction of the Debtor and Co-Debtor.

WHEREFORE, Movant requests that this Court enter an Order Granting this Motion, allowing Movant to proceed with its lawful state court remedies, including eviction of the Debtor and Co-Debtor, and for any further relief this Court deems just and proper.

DATED 12th day of May 2022.

        Respectfully submitted,

        /S/ Seth Greenhill
        SETH GREENHILL, ESQ.
        Florida Bar # 97938
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        Seth.Greenhill@padgettlawgroup.com
        *Attorney for Creditor*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 12th day of May 2022:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO.  17-15633-LMI)**

*Debtor*
Juan De Leon
5612 Northwest 206 Terrace Lot 872
Opa Locka, FL 33055

*Non-Filing Co-Debtor*
Blanca De Leon
5612 Northwest 206 Terrace Lot 872
Opa Locka, FL 33055

*Attorney for Debtor*
Matthew T Bayard
4343 W. Flagler St.
Ste. 100
Miami, FL 33134

*Trustee*
Nancy K. Neidich
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130