# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  
JUAN CARLOS DE LEON  
*aka* Juan Carlos De Leon Davila

           Debtor(s).         /

Case No.:17-15633-LMI  
Chapter 13  
Judge: Laurel M Isicoff

## NOTICE OF FILING

Comes now Seth J. Greenhill, Esquire of the law firm of Padgett Law Group, on behalf of Sun Homes / Sun Communities, hereby files the attached Community Rules Violation.

Dated this 2nd day of June 2022

/S/ Seth Greenhill  
_____  
SETH GREENHILL, ESQ.  
Florida Bar # 97938  
PADGETT LAW GROUP  
6267 Old Water Oak Road, Suite 203  
Tallahassee, FL 32312  
(850) 422-2520 (telephone)  
(850) 422-2567 (facsimile)  
Seth.Greenhill@padgettlawgroup.com  
*Attorney for Creditor*

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 2nd day of June 2022 a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Juan Carlos De Leon
5612 NW 206 Terrace
Lot 872
Opa Locka, FL 33055
aka Juan Carlos De Leon Davila

Attorney for Debtor
Matthew T Bayard
4343 W. Flagler St.
Ste. 100
Miami, FL 33134

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


                                              /S/ Seth J. Greenhill

                                              Seth J. Greenhill

# Royal Country Community Rules

**Welcome!** Thank you for joining our community of satisfied Residents. We are committed to providing our Residents pleasant surroundings within a well-governed, peaceful and attractive Manufactured Home Community. The Community Rules and Regulations have been created to provide our Residents with a written statement of our Community standards and procedures. Please read the Rules and Regulations carefully. If you do not understand a particular rule, please ask your community manager to explain it to you.

**MANAGEMENT APPROVAL** All prospective residents must complete a RENTAL APPLICATION. Management has the right to reject a prospective resident for any reason not prohibited by law. If a prospective resident provides false or misleading statements in the Rental Application, Management will not approve the residency.

**OWNER OF RECORD** Resident warrants and represents that he is the owner of the manufactured home and that his name appears on the Certificate of Title. All homes located in the community must be titled by the State of Florida and a copy of such title must be provided to Management.

**RESIDENCY** Maximum occupancy within a manufactured home in the Community shall be as follows: Two (2) persons per bedroom. Any person residing within a home for more than thirty (30) days will be considered a permanent occupant and must be registered with Management and complete a criminal background check.

**ACKNOWLEDGEMENT OF COMMUNITY RULES AND REGULATIONS** Prior to admission to this community, each Resident must sign and acknowledge that he has received a copy of the Community Rules and Regulations as set forth herein and any amendments thereto. All terms and conditions of the Lease Agreement are specifically incorporated herein and residents, whether they have accepted or declined to sign the written lease, must comply with such terms and conditions as well as with these Rules and Regulations. Residents agree that they, as well as all other occupants residing in their home and all their guests, will abide by the Community Rules and Regulations and Chapter 723, Florida Statutes, and its implementing regulations. Failure to comply with the Rules and Regulations or other laws may result in the termination of tenancy as provided by section 723.061, Florida Statutes.

**AMENDMENTS** From time to time, rules and regulations may be changed or additional rules may be added. Prior to the implementation of a new or amended rule or regulation, a ninety (90) day written notice of the proposed change will be forwarded to Resident and a copy thereof posted in a conspicuous location within the community. New or amended rules or regulations will be effective thirty (90) days after delivery and posting. Any new or amended rules or regulations will be considered a part of the Rules and Regulations and will be enforced accordingly.

**ENFORCEMENT OF RULES AND REGULATIONS** Every effort will be made by Management to ensure that the Rules and Regulations are enforced and that the quiet enjoyment and comfort of all Residents is not disturbed. Ignorance of a Rule or Regulation cannot be accepted as an excuse.

**NOTICE OF RULE VIOLATION** Residents who violate a rule or regulation will be contacted by Management, either by a personal visit, a telephone call or the issuance of a written Rule Reminder, Notice of Rule Violation issued in accordance with Section 723.061, Florida Statutes, or a Notice to Quit, Termination of Tenancy. If a Notice of Rule Violation is issued, it is expected that the violation will be corrected by the date stated on the Notice. Failure or refusal to correct a violation or chronic or repeated violations of the Rules and Regulations may lead to eviction proceedings in accordance with Section 723.061, Florida Statutes. Please note that compliance with the Rules and Regulations is absolutely essential to provide you and your neighbors pleasant and peaceful surroundings.

**PAYMENT OF RENT/FAILURE TO PAY RENT** Rents are to be paid monthly. Rental payments may be mailed, paid in person or placed in the rent drop box located at the office. Rent is due on the first day of each month and must be paid on or before the fifth day of the month. A late/liquidated damage charge will be assessed to all Residents whose rent is not received by Management on or before the fifth day of the month and a second charge retroactive to the first day for each additional day after the 5th of the month that the rent is past due. Payment of rent may be made by personal check, money order, cashiers check or certified check. For safety purposes cash will not be accepted. A charge will be assessed to any Resident whose personal check is not honored for any reason. Thereafter, Resident must make rental payments by money order, cashiers check or certified check for a period of six months. At the expiration of the six month period, if Resident has paid all rent and other charges on a timely basis during that period, management will once again accept the payment of rent by personal check.

In the event Resident fails to pay rent or other charges on or before the fifth day of the month, management will issue a Notice to Quit for Non-Payment of Rent. If Management thereafter institutes legal action against Resident based on the default in the payment of rent, the payment of rent then due will only be accepted by money order, cashiers check or certified check.

**OUTDOOR RECEPTION SATELLITE DISHES** In order to maintain an attractive community, Residents are strongly urged to rely on indoor broadcast antennas and cable broadcast or master centralized broadcast antennas, which may be provided by management, as opposed to installing outdoor reception devices. If an outdoor reception device (satellite dish, antenna, or any other device) is reasonable necessary to receive an acceptable signal of reasonable quality, it must not exceed one meter (39") in diameter and must be installed in a manner that complies with all applicable codes, city and state laws and regulations and manufacturer instructions. Outdoor reception devices must be installed on Resident's home or on the ground of Resident's homesite in a location which is not visible from the street, or if such placement sufficiently impairs the quality of reception, it must be installed on the home or homesite in the most inconspicuous location possible and must be attractively landscaped and shielded from view to the greatest extent feasible. No reception device may be placed so as to obstruct a driver's view of any street, driveway, sidewalk or intersection, nor may they be installed on or encroach upon any common area or restricted access property located within the community. Outdoor reception devices and masts may only be as high as required to receive acceptable quality signals and no reception device and mast may be installed that would extend higher than 12 feet above a roofline without prior written approval of Management due to safety concerns posed by winds and the risk of falling reception devices and masts. Additionally, outdoor reception devices shall not be installed nearer to a lot line than the combined height of the mast and reception device. Outdoor reception devices must be painted an appropriate color to match the surrounding environment. Resident is responsible for the maintenance of the outdoor reception device and is liable for all injuries, losses or other damages to any person or property caused by the installation, maintenance or use of the reception device. A policy of liability insurance covering such injury or damage must be maintained by Resident and proof of such insurance must be provided to Management. Upon the removal of the outdoor reception device or the termination of Resident's tenancy, Resident must restore the homesite to its original condition. If Resident violates any of the above rules, Management may bring an action before the FCC or any court of competent jurisdiction for declaratory relief and Management may recover from Resident a fine, reasonable attorney fees, costs, and expenses incurred in enforcing these rules. The laws applicable to the rules and regulations described above are subject to interpretation and change. Therefore, Residents are advised that changes in the law, court decisions and rulings by the FCC may affect their rights and obligations regarding the installation of reception devices in the future.

**IMPROVEMENTS AND ALTERATIONS** A. Residents shall make no alterations to the exterior of the manufactured home or to the leased site without first obtaining the written permission of management. Residents must provide Management with a sketch, to scale, of the appearance or location of the proposed improvement or alteration (i.e. porch, deck, carport, shed, awning, cement pad or other home additions). All paint colors must be approved by management

B. Resident is responsible for contacting utility companies to verify the location of any underground utilities and the sketch of the purposed alteration is to clearly and accurately indicate the location of such buried utility lines.

C. Resident is responsible for obtaining any required building permits. Residents who make improvements or alterations without first obtaining required building permits and/or the written approval of Management may be required, by Management, to remove the improvements or alterations.

D. All improvements and alterations are to be performed by a licensed contractor unless the improvements or alterations are performed by the resident.

E. All improvements, alterations, anchoring equipment and utility hookups, with the exception of concrete pads, shall remain the property of the resident.

F. Residents may, after supplying management with the details and obtaining written approval, plant trees and shrubs for their manufactured home site. Management reserves the right to reject certain species of trees or shrubs as unsuitable for planting on a home site.

G. All fences must be approved in writing by management. Maximum height is 4'.

**HOME AND HOME-SITE MAINTENANCE** A. Resident shall maintain the home and site in a clean attractive fashion at Resident's own expense. Failure to maintain the physical condition or appearance of the manufactured home or manufactured home site or improvements is just cause for termination of tenancy, in pursuant to Section 723.061, Florida Statutes.

B. All windows and doors are to be in good condition. Broken windows are to be repaired immediately. No plastic is to be used for replacement.

C. Lawn Maintenance is currently provided by the Park unless otherwise desired by the tenant. If Resident elects to maintain lot, lawns are to be mowed, raked, seeded, fertilized and properly watered to maintain a healthy and attractive appearance. In the event a resident fails to maintain the home site as required, a Notice of Rule Violation, requesting Resident to perform the maintenance by a certain date, will be issued. If the violation is not corrected as requested, management has the right to enter upon the site and perform any and all necessary maintenance as permitted by law. The charges incurred as a result of such maintenance shall be deemed to be rent and collectible as rent.

**CLOTHESLINES** A. In order to maintain an attractive community, Residents shall locate clotheslines where they have the least possible visible impact in the Community when observed from Community roadways and common areas or from neighboring homesites. If such placement is not possible, the clothesline shall be placed in the most inconspicuous location possible and shall be shielded from view to the greatest extent feasible.

B. Laundry-drying devices must be approved by Management in writing prior to installation and must be constructed and installed in accordance with applicable state and local regulations and shall be installed only after all required permits, if any, are obtained.

C. Laundry-drying devices shall not obstruct a driver's view of any street, driveway, sidewalk or intersection or encroach upon or restrict access to any common area within the Community.

D. Outdoor laundry-drying devices shall not be installed nearer to a lot line than the height of the device. Written approval of the specific location of the device must be obtained from Management prior to its installation to ensure that the device conforms to the aesthetic standards of the Community.

E. Resident shall keep his/her laundry-drying device in proper working order and well maintained. Rusted poles must be repainted or replaced.

F. Resident is liable for all injuries, losses or other damage to any person or property caused by the installation, maintenance or use of any laundry-drying device(s).

G. Hanging of Laundry: In addition to the foregoing requirements:

1. No hanging or "sunning" of towels, rugs, rags or other laundry or wearing apparel, will be permitted at any time on the manufactured home, on or in the carport, screen room, or lanai, or any other temporary or permanent structure

on the homesite, in the screen room or Lanai of the home where they may be visible.

2. Any outdoor clothesline or other laundry-drying device must be removed and stored before sunset on each day of use.

**ON-SITE RESALE OF HOME** The right to occupy a home on the leased site is not unconditionally transferable with the sale or transfer of title to the manufactured home. To ensure the following criteria must be met:

A. The exterior physical appearance and condition of the manufactured home and leased site must be in good condition (windows, exterior siding, sheds, lawns, etc.). Therefore, prior to sale of your home, you are required to have Management inspect the exterior of your home and leased site to ensure that they are in compliance with the Community standards. The inspection is valid for one year. If your home is not sold within that period, a supplemental inspection, at no charge, is required. All items that need repair or correction must be completed, weather permitting, prior to resale.

B. Two 18" x 24" For Sale signs may be placed in the windows of or on a manufactured home.

C. If the home is to remain on the leased site, the buyer must meet with Management, apply for and be approved for residency PRIOR to the closing on the sale of the home. If the purchaser of a home occupies the home without first having obtained Management approval for residency, the purchaser will be deemed to be a trespasser and may be evicted from the Community as provided in Section 723.061, Florida Statutes. Resident will remain responsible for all rent and other charges which may accrue, regardless of whether the Resident continues to occupy the home.

D. Any improvements, alterations or additions to the manufactured home and/or home site which are to remain on the home or home site following the onsite sale of the home, with the exception of concrete pads, must be sold and ownership transferred to the purchaser upon the sale of the home. It shall be the responsibility of the purchaser to have any anchoring systems inspected by a licensed installer to ensure that they have been properly installed, activated and maintained.

E. No subtitling, subleasing, or renting of any portion of the lot or of the home is permitted.

**REMOVAL OF HOME** A. Resident, must provide Management with thirty (30) days written notice of intent to remove the home from the leased site. If the tenancy is pursuant to a written lease and Resident intends to remove the home upon the expiration of the lease, Resident must, at least thirty (30) days prior to the expiration of the lease, provide Management with written notice of intent to remove the home. The removal of a home by Resident prior to the expiration of the lease term may result in the Resident's continued liability for rent until the expiration of the lease term or until Management is able to lease the home site, whichever occurs first. Forms for notifying Management of Resident's intention to remove the home are available in the community office. All rents and all applicable charges due by resident to management must be paid in full prior to the removal of the home from the leased site. Failure to provide a timely written notice will result in Resident's continuing liability for payment of rent for a thirty (30) day period commencing with the date Management actually receives written notice of Resident's intention to vacate or if the home is removed without any prior written notice, then Resident shall remain liable for rent for a thirty (30) day period commencing with the date the home is actually removed from the community.

B. The leased site must be left in a clean and neat condition. "Clean" for purposes of this charge shall mean free of grime, mildew, dirt or debris as visible from a Community roadway or an adjacent lot. Any improvements or installations placed on the leased site including, but not limited to, decks, sheds, porches, tie-downs, anchoring systems, awnings, carports, etc., must be removed from the leased site. These items do not become fixtures or property of the community. Only concrete slabs, piers, trees and shrubs may remain on the site following the removal of a home.

C. Any expenses incurred by Management in restoring the site to the condition of a well maintained site in the Community, such as the cost of removing items, including, but not limited to, trash, sheds, anchoring systems and tie-downs, will be charged to the Resident.

D. Resident shall be solely responsible for any damages to Community property or that of other residents resulting from removal of the manufactured home from the Community.

E. Management assumes no responsibility in the event that a dealer, bank or other secured party removes Resident's manufactured home from the Community, except for Management's failure to perform a duty or negligent performance of a duty as implied by law.

**TREE MAINTENANCE/REMOVAL** A. Trees are considered permanently attached to the property and, therefore, become the property of the Community.

B. Normal maintenance and trimming of trees on Resident's lots is the responsibility of Resident.

C. If a resident has reason to believe that a tree limb presents a dangerous condition within the Community, they are to request the tree limb be removed by the Community maintenance staff. This request is to be put in writing at the management office on-site. Community management will make the decision whether or not the limb will be removed at its sole discretion.

D. Trees will not be removed from the premises unless they are considered dangerous or diseased beyond saving. This decision will be at the sole discretion of Management. A Resident may request in writing at the on-site management office that a tree be removed and in the event that the on-site management determines that the tree is to be removed, on-site management must also obtain written authorization from the corporate offices of the Community.

**SPECIAL EXCEPTIONS** Management reserves the exclusive, unrestricted right to grant special exceptions to these Rules and Regulations when, in the exclusive opinion of Management, special circumstances warrant the granting of special exceptions or written waiver of a particular provision as it applies to a particular resident or residents, so long as such exception or waiver does not interfere with the general welfare, health and safety of the other residents of the Community. For example, variances to these Rules and Regulations may be granted by the Community Manager due to space limitations, design considerations, in cases where the intent of a Rule or Regulation is met but not the specific requirement, or in such other circumstances where the exception will not disturb the quiet enjoyment of the Community by other residents, or when the basis for the variance is deemed sufficient in the discretion of Management.

**PATIO/LAWN FURNITURE** Residents shall maintain all outdoor furniture in a safe attractive condition. Fold-down furniture is to be stored when not in use.

**FIREWOOD STORAGE** Firewood is to be stored at the rear of the home in a neat STORAGE and attractive manner at least 12" off the ground. Firewood storage is limited in size to a pile 2' wide x 8' long x 4' high.

**TRASH REMOVAL** Trash is removed from the community on designated days. Residents are responsible for placing their trash at the proper pick up location. Residents may be responsible for arranging for removal of large, bulky, heavy items at their own expense. Resident should see Management for details. Trash bags are not to be left outside of the home.

**AUTOMOBILES** A. Residents shall park only in the space(s) provided by Management. Parking of vehicles is not allowed on vacant sites, fire lanes, lawns or patios. Residents shall not double park on any space. Residents shall not use visitor parking spaces for personal use.

B. All vehicles are to be equipped with an adequate and functioning muffler. The operation of vehicles not properly muffled or with malfunctioning mufflers within the community is not allowed. No vehicle may be left unattended on jacks or ramps.

C. Routine maintenance or minor repairs on vehicles may be carried out at the site, i.e., change spark plugs, replace fan belts, or repair a flat tire. Other repair or maintenance projects such as repairing or replacing an exhaust system, oil change, or rebuilding an engine are not permitted. Any vehicle dripping oil or gasoline must be repaired immediately. These spills must be cleaned up by Resident, or Management will do so and charge the Resident.

D. No vehicle with a load capacity in excess of one ton shall be kept, stored or placed within the community, except while making regular deliveries.

E. All vehicles operating within the community must abide by the posted (15 M.P.H.) speed limit and traffic signs.

F. If fire hydrants are within the community, vehicular parking is prohibited within ten (10) feet of any hydrant.

G. Vehicles in violation of these Rules and Regulations may be towed away without notice at the Resident's expense, payable to the towing service and not to the Community Owner. Residents are responsible for guest's vehicles.

**MOTORCYCLES** Motorcycles are allowed to operate only for transportation in and out of the community. Joy riding within the community is not allowed. Motorcycles are to be parked in Resident's assigned parking space or they may be stored in Resident's shed. Parking elsewhere is prohibited. The operation of trail bikes, minibikes, off-road vehicles, all-terrain vehicles, and other vehicles of this nature is not allowed with in the community.

**RECREATIONAL VEHICLES** Such vehicles may only be stored at the Resident's homesite if such vehicle can be stored within a storage shed. Transportation to and from the homesite is to be by trailer only. The storage of boats, campers, motorhomes and other forms of recreational vehicles upon the homesite or in the street is strictly prohibited. No persons may sleep or live in any type of recreational vehicle. No form of recreational vehicle may be attached to any utility connection. Recreation vehicles may be loaded and unloaded in your driveway, but may remain there no longer than overnight.

**VEHICLE STORAGE** Recreational vehicle storage is provided on the community grounds and its use will be available to Resident as space allows. In order to store a recreational vehicle in the RV storage area, the Resident must complete a RECREATIONAL VEHICLE REGISTRATION DISCLAIMER (License) at the office and pay all storage charges, if such charges are required. If the recreational vehicle storage area is used by Resident, Resident agrees to accept all liability and agrees to park the recreational vehicle in an orderly manner and to help keep the storage area free from litter. All recreational vehicles must be currently licensed and/or registered. RV storage does not transfer with resale of home.

**CONDUCT** It is requested that all Residents respect the rights of others to enjoy the quiet and peaceful use of the community. Excessively loud talking, abusive language, shouting, radio, television, stereos, and other disturbing noises are not permitted within the community. Interference with the quiet enjoyment of other Residents of the Community may be cause for termination of tenancy as provided in Section 723.061, Florida Statutes.

**CURFEW** Residents or their guests shall not loiter or wander on the streets of the Community after the hour of 10 p.m. or pursuant to the local curfew ordinance. The term "loiter" means to stand idly about, linger aimlessly, or stop in the course of a trip, journey, or errand. The term "wander" means to move about without a definite destination or purpose, to roam, rove, or stray, to stroll aimlessly, or move from place to place in an aimless or leisurely manner.

**RECREATIONAL AND PLAYGROUND EQUIPMENT** Management allows Residents the opportunity to provide a small wading pool (maximum size 6' x 12" deep) and a sand box (not to exceed 4' x 4') at the home site. Management may provide playground equipment for the Residents within the Community. Parents and legal guardians are to stress safety and supervision. No permanent play structures including, but not limited to, swing sets or trampolines are allowed on or upon the homesite. In addition, all basketball goals/posts and other sporting equipment must be portable and must be stored in a shed or against the back of the home and not visible from the street when not in use.

**PERSONAL AND FIRE SAFETY** Management is concerned with you and your family's wellbeing. Our rules and Regulations are the means of providing a happy and safe living environment. Adherence to the following guidelines are very important:

A. All Residents are advised to exercise proper care and safety to ensure against accidents occurring in and around the home, the homesite and surrounding Community. Please note that you are responsible for the actions of all persons in your home with your permission, as provided by law.

B. Please take extra care when around any body of water (pond, creek, reservoir, etc.) within the community.

C. All home sites are to be kept free from fire hazards. For your own safety, do not store combustible materials, gas-powered lawn mowers, etc., under your home.

D. It is the responsibility of the Resident to monitor radio and/or television for severe weather warnings. There are no government approved shelters within the community.

E.  Traffic signs of all types must be obeyed.

F.  Actions which interfere with the health, safety, or welfare of the community, its employed, or Residents, is just cause for termination of tenancy.

G.  Resident should furnish Management with the name, address, and telephone number of a person to be notified in case of an emergency.

**HURRICANE EVACUATION PLAN**  In the event of a hurricane warning issued by the National Weather Service, all persons in Royal Country should be prepared to evacuate from the community. The Miami Dade County Department of Emergency Management and Homeland Security will issue evacuation orders for mobile homes at the appropriate time. All residents of Royal Country shall follow the evacuation orders of the Department and vacate the community. Attached to these rules are information resources on hurricane shelters and evacuation routes to follow. Please be informed and take the necessary precautions.

**LOSS AND LIABILITY**  It is recommended that each manufactured home owner procure a manufactured home comprehensive form insurance policy insuring a home against loss or damage. It is also recommended that such insurance include liability coverage for personal injuries which may occur on the home site or within the manufactured home.

**DISCLAIMER**  Management disclaims responsibility for accident or injuries to Residents or to their family members or guests which may occur within this community except for Management's failure to perform a duty or negligent performance of a duty imposed by law. Furthermore, damaged or lost property resulting from fire, theft, wind, floods, or any other act of God which is beyond the control of Management is also specifically disclaimed except for Management's failure to perform a duty or negligent performance of a duty imposed by law.

**PETS**  Resident's may have two (2) registered "domesticated" pets per household with Management's approval. Failure to abide by the Rules and Regulations will result in loss of this privilege.

A.  If required, a current rabies tag must be worn by the pet. Pets which are approved shall be considered on a ninety (90) days probation period, and removal is imminent if the pet owner ignores their responsibility.

B.  Residents are solely and totally responsible for the behavior of their pet. Noisy, unruly, or dangerous pets (i.e. Dobermans, Rottweilers, Pit Bulls, Wolf Breeds, Chows) will not be allowed to remain in the community due to their aggressive nature.

C.  Residents are required to clean up their pet's defecation on the home site and while walking their pet. A fee will be enforced, if management has to clean up after your pet.

D.  All pets must be kept inside the home and when outside, they must be kept on a handheld leash confining movement to the home site. Fenced-in enclosures and dog houses are not allowed. Residents must walk their pets on leashes. No "Beware of Dog" signs allowed.

E.  Pets running at large may be picked up by the Animal Control Department.

F.  Pets are not allowed in any areas where people congregate.

G.  Management disclaims any responsibility for the occurrence of harm, injury or death to a pet caused by agents or employees or by Residents or their guests, except for Management's failure to perform a duty or negligent performance of a duty imposed by law.

H.  Management reserves the right to reject exotic pets such as snakes, rooster, chickens, goats, pigs, farm or wild animals or other animals which, in Management's sole discretion, may be dangerous to others within the community. These animals may not be kept in the confines of this manufactured home community.

**ADVERTISING, SOLICITING AND COMMERCIAL BUSINESS**  Advertising, soliciting or delivering handbills for business purposes is not permitted Management reserves the right to communicate with Residents through distribution of written materials from time to time. No commercial enterprise or business that violates any local, county, or state zoning ordinances may be conducted in the community. Two political yard signs no greater than 18" x 24" and in compliance with the local government ordinance may be displayed for a period beginning 4 weeks before and 1 week after a governmental election. Political yard sign means "campaign signs demonstrating a position on candidates for publicly elected offices or proposals for public education."

**RIGHT OF ENTRY**  Management shall have the right to enter onto the home site to inspect, repair, or make alterations or additions to the premises or the utilities situated on the leased site, or for the purpose of protecting the community. Management may enter upon the home site at all reasonable times, but not in such a manner or at such time as to interfere unreasonably with the Resident's quiet enjoyment. Management shall have no right to enter a manufactured home, unless the Resident's prior written consent has been obtained or, if such written consent is not obtained, to prevent imminent danger to the occupant(s) of the manufactured home, to other residents of the community or to the community.

**UTILITY CHARGES AND WATER USAGE**  RESIDENT shall pay all charges made against the premises for gas, heat, electricity, water and sewer during the continuance of this Lease as the same shall become due. Such charges shall be based upon meter readings.

If necessary to maintain water consumption during summer months, Management reserves the right to limit the watering of lawns between June 1 and September 30 of each year. Resident's with home site numbers ending in an odd number (1-3-5-7-9) may water their lawns on odd number calender days; home sites ending with even numbers (2-4-6-8-0) may water on the even numbered calender days. Please do not leave the sprinklers on for an excessive period of time, as waste increases cost. (Summer water restrictions are not to be construed as a ban upon the filling and use of children's small wading pools or watering flowers.)

**KEYS**  In the event that Management provides keys to Residents, for any reason, a fifteen ($15.00) dollar deposit charge will be assessed for each and any lost key.

**CLUBHOUSE AND RECREATIONAL FACILITIES**  The clubhouse and its facilities may be made available to Residents and their guests only. Reservations for private parties and gatherings should be made in advance and will be accepted providing there are no other reservations with deposits. A deposit is required prior to use and it will be returned once Management has determined that the facilities were left in an orderly, clean, and undamaged condition. Failure to do so may lead to the forfeiture of any deposit. Resident is financially, legally and otherwise responsible for any and all other expenses related to repair of any damage. Use of the facility is not to disturb the peace and quiet of the community. Alcoholic beverages are not permitted within or outside of the clubhouse or on any common grounds area. The use of all recreational facilities within this Community are for Residents only. All guests must be accompanied by a Resident when using recreational facilities. It is the responsibility of the Resident to ensure that their guest (s) observes all applicable Rules and Regulations. Hours of operation may be altered without advanced notice, and during inclement weather and repairs.

**THE OBLIGATION OF GOOD FAITH** is imposed on both parties to these Rules and Regulations in both the performance and enforcement of the conditions contained herein. Any correspondence regarding Management's execution of these Rules and Regulations may be directed to:

**ROYAL COUNTRY**
**27777 Franklin Rd., Suite 200**
**Southfield, MI 48034**
**Attn: Regional Manager**

# Emergency and Community Interest Phone Numbers

**ROYAL COUNTRY**
**OFFICE**
**(305) 621-2270**
**MAINTENANCE SUPERVISOR**
**(305) 303-1646**

**MIAMI-DADE POLICE & FIRE**
Non Emergency (305) 4-Police (476-5423)
**EMERGENCY**
**911**

**FLORIDA POWER & LIGHT**
**(305) 442-8770**

**MIAMI-DADE WATER & SEWER DEPARTMENT**
**(305) 665-7488**

**AT&T TELEPHONE COMPANY**
**1-(888) 757-6500**

**COMCAST CABLE**
**(305) 232-8132**

Elite Investigation
305-807-9997

**MIAMI GARDENS POST OFFICE**
**18690 NW 37 AVE.**
**(305) 620-2519**

**MIAMI-DADE INFORMATION / ANIMAL CONTROL**
**311**

**HURRICAN EVACUATION CENTERS:**
**AMERICAN SENIOR CENTER**
**18350 NW 67 AVE. (MIAMI-DADE) 33015**
**MIAMI CAROL SENIOR CENTER**
**3422 NW 187TH STREET (MIAMI GARDENS) 33056**

**OFFICE HOURS**
**9:00 A.M. TO 5:00 P.M.**
Monday - Friday

# ROYAL COUNTRY

April 1, 2011

## SPECIAL NOTICE– AMENDMENT TO RULES

Dear Resident:

The following is an amendment to the Rules that will be effective **May 1, 2011**. For your convenience, the Rules and Regulations will be posted for the next 30 days in a conspicuous location. If you would like a copy of the regulations, please stop by the community office.

**KEYS-** The charge for lost keys, if provided, has increased to Twenty-five ($25.00) dollars for each key.

**PETS-** Residents are solely and totally responsible for the behavior of their pet. Noisy, unruly, or dangerous pets are not allowed. Also not allowed are dogs belonging to any breed that is commonly referred to as Doberman, Rottweiler, Pit Bull or wolf breed as well as any animal management decides, in its sole and unfettered discretion shares physical characteristics of one or more of those breeds, including, without limitation. American Staffordshire terriers, Staffordshire bull terriers, and American pit bull terriers.

If Resident is leasing home from Sun Home Services, Please refer to your Lease for pet restrictions.

**RECREATIONAL VEHICLES/ UTILITY TRAILERS-** The operation of Trail bikes, minibikes, snowmobiles, off-road vehicles, Go-carts, all-terrain vehicles, utility trails, and other vehicles of this nature is not allowed within the community. Such vehicles may only be stored at the Residents home site if such vehicle can be stored within a shed or garage. Transportation to and from the home site is to be by trailer only. The storage of boats, campers, motorhomes, and other forms of recreational vehicles upon the home site or in the street or other location in the community is strictly prohibited. Recreation vehicles may be loaded and unloaded in our driveway, no longer than overnight. No persons may sleep or live in any type of recreational vehicle. No form of recreational vehicle may be attached to any utility connection.

**TRASH REMOVAL-** Trash bags or containers are not to be left outside the home unless they can be placed within a shed or garage or otherwise completely out of site with the sole exception being the day the trash service is to collect the trash. All trash containers must be placed within a shed or garage or at the rear of the home by the end of the day on trash pickup day.

**CENTRAL AC COMPRESSORS-** Must be placed on the side or rear of the home site.

**TELEPHONE AND TV CABLE LINES-** Connection lines to the home must be installed either under the home or under the siding.

**WINDOWS-** Window blinds or curtains are to be installed. No sheets, towels, etc. are to be used as curtains.

**WADING POOLS-** Residents are responsible to empty wading pools every night.

**WATER USAGE-** Management has the right to limit the watering of lawns between June 1st and September 30th of each year and management has the ability to change this based on seasons and climate conditions.

**AUTOMOBILES-** Routine maintenance or minor repairs on vehicles may be carried out at the site, i.e., change spark plugs, replace fan belts, or repair a flat tire. Other repair or maintenance projects such as repairing or replacing an exhaust system, oil change, or rebuilding an engine are not permitted. Any vehicle dripping oil or gasoline must be repaired immediately. These spills must be cleaned up by residents, or management will do so and charge the resident. Auto may not be placed on jacks, blocks or any other device on the home site.

No vehicle with a load capacity in excess of one ton shall be kept, stored or placed within the community, except while making regular deliveries.

Thank you for your cooperation in this matter. If you have questions regarding these amendments, please contact the community office.

Sincerely,

Management of Royal Country

Lot 872






